# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Alice Dunbar, et al.
Plaintiff(s)

vs.   Civil No. 97-1721 (SEC)

United States of America, et al.
Defendant(s)

RECEIVED & FILED
1999 SEP 14 PM 8:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 9/8/99   DOCKET: 41   TITLE: Notice of Settlement

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[ ] GRANTED   [ ] DENIED

[✓] NOTED   [ ] MOOT

## ADDITIONAL COMMENTS:

Settlement is due September 27, 1999.

13 IX 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

(42)