IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALICE DUNBAR, her husband ROLLIN　　*
DUNBAR, personally and in representation　*
of the Conjugal Partnership by them　　　*
composed,　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　Plaintiffs　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　Civil No. 97-1721(SEC)
　　　v.　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
UNITED STATES OF AMERICA,　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　Defendant　　　　　　　　　　　　*
**************************************

**JUDGMENT**

On December 21, 1999 the parties in the above-captioned matter filed a joint Stipulation for Compromise Settlement **(Docket #45)**. Pursuant to said stipulation, whose terms are fully incorporated herein, the above-captioned action is hereby **DISMISSED WITH PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge